FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GEORGE GOMEZ and ARMANDO VILLALOBOS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC VIDEO, INC., a California corporation; and DOES 1 through 100, Inclusive,,<br><br>Defendants. | Case No. CV10-5678 SVW (RZx)<br><br>[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL OF ENTIRE ACTION [FRCP 41]<br><br>Complaint Filed: June 24, 2010<br><br>Courtroom.: 6<br>District Judge: Steven V. Wilson<br>Magistrate: Judge Ralph Zarefsky<br>Trial Date: Not Set |

After considering the Stipulation of Dismissal by and between the parties, the Court hereby orders this entire action to be dismissed with prejudice, pursuant to FRCP 41(a) (1). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 2/15/11

_____
United States District Judge